

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00169-CV

**IN THE INTEREST OF C.J.P.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13590
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appeal is DISMISSED. No costs are assessed against appellant because she is indigent.

SIGNED September 28, 2016.

_____
Luz Elena D. Chapa, Justice